# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3009

_____

ANGELA VITTORI,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and ANTHONY MARTIN
SOLIS,

Appellees.

_____

On appeal from the Division of Administrative Hearings.
Hetal Desai, Administrative Law Judge.

July 2, 2026

PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and LONG, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————

Angela Vittori, pro se, Appellant.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Tallahassee, for Appellee State of Florida, Department of Revenue, Child Support Program.

No appearance for Anthony Martin Solis.